IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-08-FL

| | |
|---|---|
| JAMES UNRUH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| UNIVERSITY OF NORTH CAROLINA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on pro se plaintiff's failure to respond to the court's July 6, 2020, order. The order directed plaintiff show cause why this case should not be dismissed with prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b); Ballard v. Carlson, 882 F.2d 93, 95-96 (4th Cir. 1989). Plaintiff has not responded to the court's order. Accordingly, the court DISMISSES WITHOUT PREJUDICE this action. Defendant's pending motion to dismiss (DE 8) is DENIED AS MOOT, and the clerk is DIRECTED to close this case.

SO ORDERED, this the 7th day of August, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge